IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CIONJA WEST,** | : | |
|     **Plaintiff,** | : | |
| | : | |
|     v. | : | **Case No. 2:24-cv-1137-JDW** |
| | : | |
| **NATIONAL CREDIT SYSTEMS,** *et al.*, | : | |
|     **Defendants.** | : | |

## ORDER

AND NOW, this 29th day of May, 2024, upon consideration of Plaintiff Cionja West's Motion To Proceed *In Forma Pauperis* (ECF No. 1), and Complaint (ECF No. 2) it is **ORDERED** as follows.

1. The Motion To Proceed *In Forma Pauperis* (ECF No. 1) is **GRANTED** pursuant to 28 U.S.C. § 1915 because Ms. West has demonstrated her inability to pay the required filing fees by submitting the required information on Court-supplied forms.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITHOUT PREJUDICE** for the reasons in the accompanying Memorandum.

4. On or before June 28, 2024, Ms. West may file an amended complaint. Any amended complaint must identify all defendants in the caption of the amended complaint in addition to identifying them in the body of the amended complaint and shall state the basis for West's claims against each defendant.  The amended complaint

shall be a complete document that does not rely on the initial Complaint or other papers filed in this case to state a claim. When drafting her amended complaint, Ms. West should be mindful of my reasons for dismissing the claims in her initial Complaint as explained in the accompanying Memorandum. Upon the filing of an amended complaint, the Clerk shall not make service until I so order.

5. The Clerk of Court shall send Ms. West a blank copy of this Court's current standard form to be used by a self-represented litigant filing a civil action bearing the above-captioned civil action number. Ms. West may use this form to file her amended complaint if she chooses to do so.

6. If Ms. West does not wish to amend her Complaint and instead intends to stand on her Complaint as originally pled, then on or before June 28, 2024, she may file a notice with the Court stating that intent, at which time I will issue a final order dismissing the case. Any such notice should be titled "Notice to Stand on Complaint," and shall include the civil action number for this case.

7. If Ms. West fails to file any response to this Order, I will conclude that Ms. West intends to stand on her Complaint and will issue a final order dismissing this case.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
**JOSHUA D. WOLSON, J.**